**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————x

PATRICK AUSTIN,                                                    Civil Action No. 1:25-cv-5110

      Plaintiffs,

   -against-

                            **NOTICE OF VOLUNTARY**
                            **DISMISSAL WITH PREJUDUCE**

JO-RACH, INC. d/b /a BABY JOHN'S
PIZZERIA and BES 2 LLC,

      Defendants.

—————————————————————x

      Plaintiff Patrick Austin, by and through undersigned counsel and pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with

prejudice against the above-captioned defendant.

      Dated: February 3, 2026


By:      *Gabriel levy*
          ——————————————

      Gabriel A. Levy, Esq .
        *Attorney for Plaintiff*
      Gabriel A. Levy, P.C.
      1129 Northern Blvd, Ste 404
      Manhasset, NY 11030
      T: 347-941-4715
      Glevy@glpcfirm.com